UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Kelli L. Lowrey | : | |
| Debtors | : | |
| | : | Case No.: 19-15023 PMM |
| Nationstar Mortgage LLC d/b/a | : | Chapter 13 |
| Mr. Cooper | : | |
| | : | |
| Movant | : | |
| v. | : | 11 U.S.C. 362 |
| Kelli L. Lowrey | : | |
| Respondents | : | |

### ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW** comes the Debtor, by his Attorney **Thomas W. Fleckenstein** and files the within **Answer to the Motion for Relief from the Automatic Stay:**

1.-5.     **ADMITTED.**

6.-9.     **DENIED.**  Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

*RESPECTFULLY SUBMITTED:*

 /s/ Thomas W. Fleckenstein
**DATE:** February 14, 2022     Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
470 Locust Street
Columbia, PA  17512
(717) 333-4053