United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-15023-pmm

Kelli L. Lowrey    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: Feb 28, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelli L. Lowrey, 303 Berry Street, Mount Joy, PA 17552-3161 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:

**Name**    **Email Address**

KEVIN M. BUTTERY
    on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
    on behalf of Creditor Nationstar Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT DAVID FINK
    on behalf of Creditor PSECU sfink@weltman.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Feb 28, 2022     Form ID: pdf900     Total Noticed: 1

THOMAS W. FLECKENSTEIN
   on behalf of Debtor Kelli L. Lowrey Tom@TomFleckenstein.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  Kelli L. Lowrey,** | : | Chapter 13 |
| | : | |
| | : | Case No.   19-15023 (PMM) |
| | : | |
| **Debtor.** | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Nationstar Mortgage Corp. (doc. #42, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Debtor's Response thereto (doc. #44);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **GRDERED** that:

1. On or before **March 30, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 2/28/22

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**