## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelli L. Lowrey | CHAPTER 13 |
| Debtor | |
| | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | |
| Movant | NO. 19-15023 PMM |
| vs. | |
| Kelli L. Lowrey | |
| Debtor | 11 U.S.C. Section 362 |
| | |
| Scott F. Waterman, Esquire | |
| Trustee | |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation (Doc. No. 48) is approved by the Court. However, this court retains discretion regarding entry of any further order.

**Date: March 25, 2022**

_____
Bankruptcy Judge
Patricia M. Mayer