United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kelli L. Lowrey  
    Debtor

Case No. 19-15023-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Mar 25, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelli L. Lowrey, 303 Berry Street, Mount Joy, PA 17552-3161 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

**Name**      **Email Address**

KEVIN M. BUTTERY  
    on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL  
    on behalf of Creditor Nationstar Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com

REBECCA ANN SOLARZ  
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT DAVID FINK  
    on behalf of Creditor PSECU sfink@weltman.com

SCOTT F. WATERMAN (Chapter 13)  
    ECFMail@ReadingCh13.com

Scott F Waterman  
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Kelli L. Lowrey Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kelli L. Lowrey <br> _Debtor_ | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br> _Movant_ <br> vs. | NO. 19-15023 PMM |
| Kelli L. Lowrey <br> _Debtor_ <br> Scott F. Waterman, Esquire <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation (Doc. No. 48) is approved by the Court. However, this court retains discretion regarding entry of any further order.

**Date: March 25, 2022**

_Patricia M. Mayer_
Bankruptcy Judge
Patricia M. Mayer