Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-15023-PMM**

KELLI L. LOWREY  
303 BERRY STREET  
MOUNT JOY  PA     17552

Petition Filed Date: 08/09/2019  
341 Hearing Date: 09/24/2019  
Confirmation Date: 01/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $210.00 | | 06/01/2021 | $210.00 | | 07/01/2021 | $210.00 | |
| 08/02/2021 | $210.00 | 8/2/2021 | 08/31/2021 | $210.00 | | 10/01/2021 | $210.00 | |
| 11/01/2021 | $192.00 | | 12/02/2021 | $192.00 | | 01/03/2022 | $192.00 | |
| 01/31/2022 | $192.00 | | 03/03/2022 | $192.00 | | 03/31/2022 | $192.00 | |
| 05/02/2022 | $192.00 | | 06/01/2022 | $192.00 | | 07/01/2022 | $192.00 | |
| 08/01/2022 | $192.00 | | | | | | | |

**Total Receipts for the Period: $3,180.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,713.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $27,416.36 | $0.00 | $27,416.36 |
| 2 | SANTANDER CONSUMER USA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LANCASTER GENERAL HOSPITAL<br>»» 003 | Unsecured Creditors | $112.51 | $0.00 | $112.51 |
| 4 | BRANCH BANKING & TRUST CO<br>»» 004 | Unsecured Creditors | $4,034.87 | $0.00 | $4,034.87 |
| 5 | PSECU<br>»» 005 | Unsecured Creditors | $19,994.95 | $0.00 | $19,994.95 |
| 6 | PSECU<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PSECU<br>»» 007 | Unsecured Creditors | $17,026.31 | $0.00 | $17,026.31 |
| 8 | PSECU<br>»» 008 | Unsecured Creditors | $7,400.25 | $0.00 | $7,400.25 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 009 | Mortgage Arrears | $7,861.06 | $3,654.35 | $4,206.71 |
| 10 | TD BANK USA NA<br>»» 010 | Unsecured Creditors | $8,494.16 | $0.00 | $8,494.16 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $521.25 | $0.00 | $521.25 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $2,775.47 | $0.00 | $2,775.47 |

**Chapter 13 Case No. 19-15023-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,713.00 | Current Monthly Payment: | $192.00 |
| Paid to Claims: | $5,964.35 | Arrearages: | ($161.00) |
| Paid to Trustee: | $572.01 | Total Plan Base: | $11,352.00 |
| Funds on Hand: | $176.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.