| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-15023-PMM**

KELLI L. LOWREY  
303 BERRY STREET  
MOUNT JOY  PA   17552

Petition Filed Date: 08/09/2019  
341 Hearing Date: 09/24/2019  
Confirmation Date: 01/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $192.00 | | 08/31/2022 | $192.00 | | 11/04/2022 | $200.00 | |
| 12/05/2022 | $200.00 | | 01/05/2023 | $200.00 | | 02/06/2023 | $200.00 | |
| 03/07/2023 | $200.00 | | 04/04/2023 | $200.00 | | 05/05/2023 | $200.00 | |
| 06/06/2023 | $200.00 | | 07/06/2023 | $200.00 | | | | |

**Total Receipts for the Period:  $2,184.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,905.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $2,310.00 | $2,310.00 | $0.00 |
| 1 | LVNV FUNDING LLC <br> »»  001 | Unsecured Creditors | $27,416.36 | $0.00 | $27,416.36 |
| 2 | SANTANDER CONSUMER USA <br> »»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | LANCASTER GENERAL HOSPITAL <br> »»  003 | Unsecured Creditors | $112.51 | $0.00 | $112.51 |
| 4 | BRANCH BANKING & TRUST CO <br> »»  004 | Unsecured Creditors | $4,034.87 | $0.00 | $4,034.87 |
| 5 | PSECU <br> »»  005 | Unsecured Creditors | $19,994.95 | $0.00 | $19,994.95 |
| 6 | PSECU <br> »»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PSECU <br> »»  007 | Unsecured Creditors | $17,026.31 | $0.00 | $17,026.31 |
| 8 | PSECU <br> »»  008 | Unsecured Creditors | $7,400.25 | $0.00 | $7,400.25 |
| 9 | NATIONSTAR MORTGAGE LLC <br> »»  009 | Mortgage Arrears | $7,861.06 | $5,655.63 | $2,205.43 |
| 10 | TD BANK USA NA <br> »»  010 | Unsecured Creditors | $8,494.16 | $0.00 | $8,494.16 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  011 | Unsecured Creditors | $521.25 | $0.00 | $521.25 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  012 | Unsecured Creditors | $2,775.47 | $0.00 | $2,775.47 |

Chapter 13 Case No. 19-15023-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,905.00 | Current Monthly Payment: | $192.00 |
| Paid to Claims: | $7,965.63 | Arrearages: | $143.00 |
| Paid to Trustee: | $757.37 | Total Plan Base: | $11,352.00 |
| Funds on Hand: | $182.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.