United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-15023-pmm |
|---|---|
| Kelli L. Lowrey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelli L. Lowrey, 303 Berry Street, Mount Joy, PA 17552-3161 |
| 14666613 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Rebecca A Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14371051 | | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 14371053 | + | So FI, 650 Naaman's Road, #300, Claymont, DE 19703-2300 |
| 14371648 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14502867 | | Wells Fargo Bank, NA, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 17 2024 00:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2024 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14371045 | | Email/Text: bankruptcy@bbandt.com | May 17 2024 00:12:00 | BB and T Bank, 200 West Second Street, Winston Salem, NC 27101 |
| 14384071 | + | Email/Text: bankruptcy@bbandt.com | May 17 2024 00:12:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14371046 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2024 00:12:00 | Children's Place, PO Box 659820, San Antonio, TX 78265-9120 |
| 14379181 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:12:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14382012 | ^ | MEBN | May 17 2024 00:06:06 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14371047 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 00:12:00 | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 14399809 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2024 00:12:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14374820 | + | Email/Text: RASEBN@raslg.com | May 17 2024 00:11:00 | Nationstar Mortgage LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14376032 | + | Email/Text: RASEBN@raslg.com | May 17 2024 00:11:00 | Nationstar Mortgage LLC, c/o RAS Crane, LLC, LAUREN B. KARL, ESQUIRE, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14666475 | ^ | MEBN | May 17 2024 00:05:58 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

District/off: 0313-4                                    User: admin                                         Page 2 of 3

Date Rcvd: May 16, 2024                              Form ID: 138OBJ                                    Total Noticed: 28

| 14407604 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 17 2024 00:58:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14371050 | Email/Text: bankruptcynotices@psecu.com | | |
| | | May 17 2024 00:20:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14371048 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 17 2024 00:24:03 | Pay Pay Credit Svcs, PO Box 960080, Orlando, FL 32896-0080 |
| 14371049 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 17 2024 00:58:04 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14371052 | Email/Text: DeftBkr@santander.us | | |
| | | May 17 2024 00:12:00 | Santander Bank, NA, PO Box 16255, Reading, PA 19612-6255 |
| 14379497 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 17 2024 00:20:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14371054 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | May 17 2024 00:24:13 | Synchrony Bank/ Walmart, PO Box 105972, Atlanta, GA 30348-5972 |
| 14406459 | + Email/Text: bncmail@w-legal.com | | |
| | | May 17 2024 00:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14371055 | Email/Text: bncmail@w-legal.com | | |
| | | May 17 2024 00:12:00 | Target Card, PO Box 660170, Dallas, TX 75266-0170 |
| 14371056 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | May 17 2024 00:12:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

BERNADETTE IRACE
                          on behalf of Creditor Nationstar Mortgage LLC birace@milsteadlaw.com  bkecf@milsteadlaw.com

CHRISTOPHER A. DENARDO
                          on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

DENISE ELIZABETH CARLON
                          on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

KEVIN M. BUTTERY

District/off: 0313-4                                  User: admin                                          Page 3 of 3

Date Rcvd: May 16, 2024                              Form ID: 138OBJ                                  Total Noticed: 28

                        on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com

LAUREN BERSCHLER KARL
                        on behalf of Creditor Nationstar Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com

MICHAEL PATRICK FARRINGTON
                        on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

SCOTT DAVID FINK
                        on behalf of Creditor PSECU sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

Scott F Waterman
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
                        on behalf of Debtor Kelli L. Lowrey Tom@TomFleckenstein.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kelli L. Lowrey

　　　　　Debtor(s)　　　　　　　　　　　Case No: 19−15023−pmm

　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/16/24

65 − 63
Form 138OBJ