United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15023-pmm |
| Kelli L. Lowrey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelli L. Lowrey, 303 Berry Street, Mount Joy, PA 17552-3161 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 12, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor Nationstar Mortgage LLC birace@moodklaw.com  bkecf@milsteadlaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor Nationstar Mortgage LLC cdigianantonio@rascrane.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor Nationstar Mortgage LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| SCOTT DAVID FINK | on behalf of Creditor PSECU sfink@weltman.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 10, 2024 | Form ID: 195 | Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Kelli L. Lowrey Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Kelli L. Lowrey : Case No. 19−15023−pmm
    Debtor(s)

*ORDER*
_____

    AND NOW, this day , September 10, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

73
Form 195